IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KRISTY M. PENNER**                                                                                    **PLAINTIFF**

v.                                   Case No.  4:15-cv-00177 KGB

**PORTFOLIO RECOVERY ASSOCIATES, LLC**                                      **DEFENDANT**

## ORDER

Before this Court is plaintiff Kristy M. Penner's motion to dismiss with prejudice her complaint against defendant Portfolio Recovery Associates, LLC (Dkt. No. 9).  Ms. Penner states that the parties have resolved the issues that formed the basis of this lawsuit.  This Court grants the motion and dismisses this claim with prejudice.

So ordered this 22nd day of December, 2015.

_Kristine G. Baker_
Kristine G. Baker
United States District Court Judge